**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 98-30381
Summary Calendar
_____

HARRIET DIXON,

Plaintiff-Appellant,

VERSUS

BOISE CASCADE CORPORATION,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Western District of Louisiana
(97-CV-2508)
_____

November 12, 1998

Before DAVIS, DUHÉ, and PARKER, Circuit Judges.

PER CURIAM:[*]

The district court correctly concluded that the resolution of the issue in this case is controlled by this court's decision in George v. Aztec Rental Center, Inc., 763 F.2d 184 (5th Cir. 1985).

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.